IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF WEST VIRGINIA

BECKLEY DIVISION

MICHAEL ALLEN KOKOSKI,

          Petitioner,

v.                                        CIVIL ACTION NO. 5:07-0100

HATTIE SMALL, Acting Warden,
FCI Beckley,

          Respondent.

**ORDER**

In this Petition, Mr. Kokoski again seeks to challenge the validity of his 1994 conviction. He claims that certain law enforcement officers and others participated in fraudulent conduct resulting in his conviction. This claim has been asserted by Petitioner in many other petitions, and relief has been denied each time.[1]

Here, the Magistrate Judge's Proposed Findings and Recommendation thoroughly reviewed Petitioner's criminal convictions, direct appeals, and attempts at collateral review. Petitioner's objections merely repeat the meritless argument he raised before. The Court **DENIES** Petitioner's Objection, **ADOPTS** the Proposed Findings and Recommendation, and **DISMISSES** this civil action.

---

[1] These same claims were rejected in Kokoski v. Felts, Case Number 5:06-0024.

The Court **DIRECTS** the Clerk to send a copy of this Order to counsel of record, Magistrate Judge Stanley and any unrepresented parties.

ENTER: September 27, 2007

ROBERT C. CHAMBERS
UNITED STATES DISTRICT JUDGE